**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-7072

_____

RAY DERWOOD SIZEMORE,

                                        Plaintiff - Appellant,

        versus

ROBERT IRONS, Judge; DEBRA DALTON, Prosecutor
of Monroe County; MIKE GRAVELY, Magistrate of
Monroe County; MASON ADKINS, Magistrate of
Monroe County; KENNEY HEDRICK, West Virginia
State Police Union Detachment; MIKE FROBLE;
MICKEY SYLVESTER, Conservation Officer,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, District
Judge.  (CA-97-399-1)

_____

Submitted:  October 8, 1998          Decided:  Occtober 27, 1998

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ray Derwood Sizemore, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ray Derwood Sizemore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sizemore v. Irons</u>, No. CA-97-399-1 (S.D.W. Va. July 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2